IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERATED BANK, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) NO. 1:10-CV-02316-CAP |
| v. | ) |
| | ) |
| SILVERTON BRIDGE BANK, | ) |
| NATIONAL ASSOCIATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant and, pursuant to Fed. R. Civ. Proc. 12(b)(6) & (7), hereby moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted and for failure to join an indispensable party. Defendant has filed a supporting Brief concurrently herewith.

WHEREFORE, Defendant Silverton Bridge Bank, N.A., prays that Plaintiff's Complaint be dismissed with prejudice with all costs cast against Plaintiff, or, in the alternative, that the present action be stayed.

This 30th day of August, 2010.

Respectfully submitted,

/s/ David L. Turner

DAVID L. TURNER
Georgia Bar No. 004530
E-mail: dlt@swtlaw.com
Joseph L. Kelly
Georgia Bar No. 412967
Email: jlk@swtlaw.com

Counsel for Silverton Bridge Bank, N.A.

Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 telephone
(404) 688-6840 facsimile

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **FEDERATED BANK,** | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE |
| **Plaintiff,** | ) | NO. 1:10-CV-02316-CAP |
| v. | ) | |
| | ) | |
| **SILVERTON BRIDGE BANK,** | ) | |
| **NATIONAL ASSOCIATION,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the requirements of Local Rule 5.1B (Times New Roman, 14 point) and I further certify that I have this day served a copy of the within and foregoing **MOTION TO DISMISS** by using the court's CM/ECF electronic filing system upon the following:

Bret T. Thrasher            Aaron M. Kappler
bthrasher@tokn.com          akappler@tokn.com

This 30th day of August, 2010.

/s/ David L. Turner
DAVID L. TURNER
Georgia Bar No. 004530
E-mail: dlt@swtlaw.com

Counsel for Silverton Bridge Bank, N.A.

Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 telephone
(404) 688-6840 facsimile